IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JESSE CARL TOOMER**                                                               **PLAINTIFF**

v.                                                          **CAUSE NO. 1:20-cv-374-LG-RPM**

**TYRONE NELSON, et al.**
                                                                                       **DEFENDANTS**

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered herewith, this Court finds that this lawsuit should be dismissed for want of prosecution and failure to obey a court order.

**IT IS THEREFORE ORDERED AND ADJUDGED** that this lawsuit is hereby **DISMISSED.**

**SO ORDERED AND ADJUDGED** this the 18th day of October, 2023.

                                                          s/ *Louis Guirola, Jr.*
                                                          LOUIS GUIROLA, JR.
                                                          UNITED STATES DISTRICT JUDGE